IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CV-20041

KENNETH DAY and,
MERTHA DAY

    Plaintiffs,

vs.

FIRST FRANKLIN FINANCIAL,
DOES 1-100 and TRUSTEES 1-100,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiffs, KENNETH DAY and MERTHA DAY, by and through their undersigned attorney, and hereby files their Notice of Voluntary Dismissal Without Prejudice, and hereby dismiss without prejudice their Complaint for Recission of Mortgage and for Damages, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 3rd day of March, 2009 to: First Financial Corporation, c/o CT Corporation, Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324.

    THE TICKTIN LAW GROUP
    Attorney for Plaintiffs
    600 West Hillsboro Blvd., Suite 220
    Deerfield Beach, Florida 33341
    (954) 570-6757 Phone
    (954) 570-6760 Fax
BY:_____/s/   Peter Ticktin_____
    PETER TICKTIN, ESQ.